**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: DELTA DENTAL
ANTITRUST LITIGATION**                                    MDL No. 2931

This document relates to:

*Jeffrey J. Henneberg v. Delta Dental of Washington*, No. 2:26-cv-02185-DWC (W.D Wash.)

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-5)**

In accordance with Rule 7.1(c) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff in the following action, by and through undersigned counsel, respectfully notices his Opposition to the Conditional Transfer Order (CTO-5): *Jeffrey J. Henneberg v. Delta Dental of Washington*, No. 2:26-cv-02185-DWC (W.D Wash.) (the "*Henneberg* Plaintiff").

Plaintiff in the *Henneberg* action will file a motion to vacate the Conditional Transfer Order (CTO-5) in accordance with JPML Rule 7.1(g) and the forthcoming briefing schedule set by the Panel.

Dated: June 29, 2026                    Respectfully submitted,


By: */s/ Leonid Feller, P.C.*
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
Leonid Feller, P.C.
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
leonidfeller@quinnemanuel.com

*Counsel for Plaintiff Jeffrey J.
Henneberg*


*/s/ Ronald J. Aranoff*
**WOLLMUTH MAHER & DEUTSCH
LLP**
Ronald J. Aranoff
Jay S. Handlin
Reuben R. Baurer
500 Fifth Avenue – 12th Floor
New York, New York 10110
Telephone: (212) 382-3300
raranoff@wmd-law.com
jhandlin@wmd-law.com
rbauer@wmd-law.com

*Counsel for Plaintiff Jeffrey J.
Henneberg*

## CERTIFICATE OF SERVICE

Pursuant to JPML Rule 4.1(a), I, Leonid Feller hereby certify that on June 29, 2026, I caused Plaintiff's Notice of Opposition to the Conditional Transfer Order (CTO-5) to be served on all other parties in all involved actions in MDL No. 2931 through electronic filing on the CM/ECF system, which provides electronic service notification to all counsel of record in MDL No. 2931.

By: */s/ Leonid Feller, P.C.*
    Leonid Feller, P.C.